UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAOLA A. ZORRILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:12-cv-01188 |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## O R D E R

Pending in this matter is a Motion for a Stay Because of Lapse of Appropriations (Docket Entry 24), filed on behalf of the Government. The Clerk is directed to terminate the motion as MOOT.

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge